MITCHELL L. POSIN, ESQ.
Law Offices of Mitchell Posin, Chtd.
410 South Rampart Boulevard, Suite 390
Las Vegas, Nevada 89145
Tel. (702) 382-2222
Fax (702) 382-7496
mposin@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE L. BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY COUNTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO.: 2:20-cv-00163-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[Second Stipulation to Extend]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RONNIE L. BROWN, by and through his attorney of record, MITCHELL POSIN, ESQ., of the law offices of Mitchell Posin, Chtd., and ANDREW GREEN, ESQ., of Koeller Nebeker Carlson Haluck, LLP, to an enlargement of the time to respond to Defendant's Motion for Summary Judgment, to and including February 5, 2021.

　　　　The stipulation is based on conflicting scheduling demands. Furthermore, Plaintiff recently underwent spinal surgery.

　　　　Pursuant to Local Rule IA 6-1(a), the parties affirm that the parties had orally agreed to extend the time to

///

///

///

respond prior to the expiration of the time to respond.

Dated this 28 day of January, 2021.

/s/ Mitchell Posin
Mitchell L. Posin, Esq.
Law Offices of Mitchell Posin, Chtd.
410 South Rampart Boulevard, Suite 390
Las Vegas, Nevada 89145
Attorney for Plaintiff

/s/ Andrew Green
Andrew Green, Esq.
Koeller Nebeker Carlson Haluck, LLP
400 S Fourth St
Las Vegas, NV 89101
Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE,
DATED: January 28, 2021